Dismissed and Memorandum Opinion filed October 4, 2007








Dismissed
and Memorandum Opinion filed October 4, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00202-CV

____________

 

ROGER D. BRITTON, Appellant

 

V.

 

HILCORP ENERGY COMPANY, Appellee

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 2005-33779

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 5, 2007.   On May 31, 2007, this court
referred this case to mediation.  On September 27, 2007, appellant filed an
agreed motion to dismiss the appeal because the case has settled.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
4, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.